# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SMYTH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YEON LEE, M.D.,<br><br>　　　　　Defendant. | Case No. 1:25-cv-01285-BAM (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE TO ACTION<br><br>FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED<br><br>(ECF No. 2)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Robert Smyth ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on September 29, 2025. (ECF No. 1.) Plaintiff also filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, which included a certified copy of his prison trust account statement. (ECF No. 2.)

Examination of Plaintiff's trust account statement reveals that Plaintiff is able to afford the costs of this action. Specifically, Plaintiff's current available balance in his inmate trust account is $35,898.52. (ECF No. 2.) In addition, Plaintiff repeatedly states in his application to proceed *in forma pauperis* that he will pay the filing the fee. (*Id.* at pp. 1-3.)

Accordingly, the Court HEREBY ORDERS the Clerk of the Court to randomly assign

1  District Judge to this action.

2  Further, it is HEREBY RECOMMENDED that:

3  1. The motion to proceed *in forma pauperis*, (ECF No. 2), be DENIED; and

4  2. Plaintiff be ORDERED to pay the $405.00 initial filing fee in full to proceed with this action.

6  These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." **Objections, if any, shall not exceed fifteen (15) pages or include exhibits. Exhibits may be referenced by CM/ECF document and page number if already in the record before the Court. Any pages filed in excess of the 15-page limit may not be considered.** Plaintiff is advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **September 30, 2025**          /s/ Barbara A. McAuliffe           _
                                       UNITED STATES MAGISTRATE JUDGE