# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SMYTH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YEON LEE, M.D.,<br><br>　　　　Defendant. | Case No. 1:25-cv-01285-BAM (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 2, 6) |

　　　Plaintiff Robert Smyth ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on September 29, 2025, along with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.)

　　　On September 30, 2025, the undersigned issued findings and recommendations that recommended Plaintiff's application to proceed *in forma pauperis* be denied and Plaintiff be required to pay the $405.00 filing fee in full to proceed with this action. (ECF No. 6.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.)

　　　On October 23, 2025, Plaintiff paid the $405.00 filing fee in full. As the filing fee has been paid in full, Plaintiff's motion to proceed *in forma pauperis* is now moot. Plaintiff's complaint will be screened in due course.

　　　Accordingly, IT IS HEREBY ORDERED as follows:

　　　1. The findings and recommendations issued on September 30, 2025, (ECF No. 6), are

VACATED.

2. Plaintiff's pending motion to proceed *in forma pauperis*, (ECF No. 2), is DENIED as moot.

IT IS SO ORDERED.

Dated:   **October 27, 2025**           /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE