**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT SMYTH, | Case No. 1:25-cv-01285 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION FOR FAILURE TO STATE A CLAIM, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| YEON LEE, M.D., | |
| Defendant. | (Doc. 13) |

Robert Smyth asserts that he suffered violations of his Eighth Amendment rights while housed at Valley State Prison.  (*See generally* Doc. 12.)  The assigned magistrate judge screened the amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim for deliberate indifference related to the medical care provided.  (Doc. 13 at 2-6.)  The magistrate judge found further leave to amend was futile and recommended the Court dismiss the action for failure to state a cognizable claim.  (*Id.* at 6.)

The Court served the Findings and Recommendations Plaintiff and notified him that any objections were due within 14 days.  (Doc. 13 at 6.)  The Court advised Plaintiff that the failure to file objections within the specified time may result in the waiver of rights on appeal.  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636 (b)(1), the Court performed a *de novo* review of this case.

1

Having carefully reviewed the matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS:**

1.    The Findings and Recommendations issued on May 27, 2026 (Doc. 13) are **ADOPTED** in full.

2.    This action is **DISMISSED** for failure to state a cognizable claim.

3.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **June 29, 2026**

UNITED STATES DISTRICT JUDGE

2